

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Lufkin US Acquisition Company, LLC,     * From the 238th District Court
   of Midland County,
   Trial Court No. CV60594.

Vs. No. 11-24-00200-CV    * October 31, 2024

Apex Group USA, Inc.; Wes Hall;    * Memorandum Opinion by Williams, J.
Wesley Armstrong; Cong Zhang;    (Panel consists of: Bailey, C.J.,
and Kenneth E.,    Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Lufkin US Acquisition Company, LLC.